UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JAMES GLENN SOLOMON,<br><br>        Defendant. | Case No. CR02-402-RSL<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 23, 2008. The United States was represented by Assistant United States Attorney Karyn S. Johnson, and the defendant by Terrence Kellogg.

The defendant had been charged and convicted of Bank Fraud (two counts), in violation of 18 U.S.C. §§ 1344 and 2. On or about February 7, 2003, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 4 ½ months in custody, to be followed by 5 years of supervised release. Sentence was revoked April 24, 2006.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participate in home confinement with electronic monitoring for 4 ½ months; restitution of $5,919.50, submit to search and seizure, participate in substance abuse program, participate in mental health program as directed; provide access to any financial information to the probation office, be prohibited from possessing or obtaining any driver's license, social security number, birth certificate, passport

or any other form of identification in any name other than the defendant's true legal name.

In a Petition for Warrant or Summons, dated June 23, 2008, U.S. Probation Officer Mark J. Chance asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to submit a written report to the U.S. Probation Office within the first five days of February, March, April, and May 2008, in violation of standard condition No. 2.

(2) Failing to make monthly restitution payments since May 31, 2007, in violation of a special condition.

The defendant was advised of his rights, acknowledged those rights, and admitted to the two alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on August 27, 2008, at 9:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 23rd day of July, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Ms. Karyn S. Johnson
Defendant's attorney: Mr. Terrence Kellogg
Probation officer: Mr. Mark J. Chance